IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF THE     §  
PETITION OF JAMES ARTHUR     §     No. 189, 2020  
BIGGINS FOR A WRIT OF     §  
MANDAMUS     §  

Submitted: July 23, 2020  
Decided:    August 19, 2020

## **ORDER**

Following the denial of his motion to proceed *in forma pauperis* on July 1, 2020, the appellant was directed to pay the Court's filing fee by July 22, 2020, or his appeal would be dismissed without further notice. The appellant has not paid the filing fee. The dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this petition is DISMISSED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*  
Justice